**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| JILL DIPPOLITO | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Civil Action No. 3:23-CV-00009-GFVT |
| v. | ) | |
| | ) | |
| COVETRUS, INC. | ) | |
| | ) | Removed from: |
| DEFENDANT | ) | Shelby Circuit Court, Div. One |
| | ) | Case No. 23-CI-00029 |

## NOTICE OF SETTLEMENT

* * * * * * *

Please take notice that Plaintiff Jill Dippolito and Defendant Covetrus, Inc. ("Covetrus") have resolved their disputes in this matter. Plaintiff and Covetrus anticipate filing an Agreed Order of Dismissal within thirty to forty-five days.

Respectfully submitted,

*/s/ Rudy J. Ellis III*

Robert C. Rives, IV
Rudy J. Ellis III
Sarah D. Sullivan
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 581-8000
robert.rives@dinsmore.com
rudy.ellis@dinsmore.com
sarah.sullivan@dinsmore.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

On July 1, 2024, I electronically filed the foregoing document through the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

Thomas R. Coffey
401 South 4th Street, Suite 1200
Louisville, KY 40202
(502) 589-2780
*Counsel for Plaintiff*

*/s/ Rudy J. Ellis III*
*Counsel for Defendant*