UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JILL DIPPOLITO,<br><br>Plaintiff,<br><br>v.<br><br>COVETRUS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-cv-00009-GFVT-EBA<br><br>**ORDER** |

*** *** *** ***

This matter is before the Court on the parties' proposed Agreed Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [R. 28.] Having settled the matter, the parties agree that Plaintiff's claims should be dismissed with prejudice. *Id.* *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The proposed agreed order **[R. 28]** is **GRANTED**;
2. All claims by the Plaintiff against Defendant Covetrus, Inc. shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and fees; and
3. All claims against all parties having been resolved, this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 21st day of August, 2024.

Gregory F. Van Tatenhove
United States District Judge